O'HARE PARNAGIAN LLP
Robert A. O'Hare Jr. (RO 6644)
82 Wall Street, Suite 300
New York, NY 10005-3686
(212) 425-1401
(212) 425-1421 (facsimile)

Attorneys for Plaintiff Birks & Mayors Inc.

UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x
BIRKS & MAYORS INC.,                :
                                    :
                     Plaintiff,     :
                                    :
         -against-                  :
                                    :
L.J. WEST DIAMONDS, INC.,           :
                                    :
                     Defendant.     :
---------------------------------x



JUDGE KARAS

'07 CIV 6688

ECF Case

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for plaintiff certifies that Montrovest B.V., a non-public Netherlands corporation, owns approximately 30% of the outstanding shares of plaintiff BIRKS & MAYORS INC. No public corporation owns 10% or more of it stock.

Dated: New York, New York
       July 24, 2007

O'HARE PARNAGIAN LLP

Robert A. O'Hare (RO 6644)
82 Wall Street, Suite 300
New York, NY 10005
(212) 425-1401
(212) 425-1421 (facsimile)

Attorneys for Plaintiff
Birks & Mayors Inc.