08/14/2007 16:44  5167942988  LAW OFFICE M DEVACK  PAGE 02/03

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

BIRKS & MAYORS, INC.,

               Plaintiff,

- against -

L.J. WEST DIAMONDS, INC.,

               Defendant.

-------------------------------------------------------X

Index No. 07 CIV 6688 (KMK)

ECF Case

**STIPULATION AND ADMISSION OF SERVICE**

It is hereby stipulated and agreed by and between the attorneys for plaintiff and the attorneys for defendant, as follows:

1. That defendant's time to answer or move with respect to the Complaint is hereby extended through and including September 13, 2007.

2. That defendant hereby admits due and timely service and receipt of the Summons and Complaint herein, and waives any defenses based on service of process.

08/14/2007 15:44   5167942900                    LAW OFFICE M DEVACK                       PAGE 03/03

3. A facsimile of this Stipulation shall be effective for all purposes as an original.

Dated: August 14, 2007

_____
ROBERT A. O'HARE (RO 6644)
O'HARE PARNAGIAN LLP
Attorneys for Plaintiff
82 Wall Street, Suite 300
New York, NY 10005
212-425-1401

_____
MITCHELL J. DEVACK (MD 8611)
LAW OFFICES OF
MITCHELL J. DEVACK, PLLC
Attorneys for Defendant
90 Merrick Avenue, Suite 500
East Meadow, NY 11554
516-794-2800

SO ORDERED:

_____
HON. KENNETH M. KARAS

Date: 8/28/07

F:\DATA\SUSAN_V\LJ West Diamonds\Shirts & Majors, Inc\Stip. Ext. Time & Adm. of Service.wpd