UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
BIRKS & MAYORS INC.,

             Plaintiff,

   - against -

L. J. WEST DIAMONDS, INC.,

            Defendant.
-----------------------------------------------------------------x

Case No. 07 Civ 6688

Judge Sullivan

ECF Case

**RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for defendant certifies that L. J. West Diamonds, Inc., a non-public New York corporation, is owned entirely by individuals. There is no parent corporation and no public corporation owns any of its stock.

Dated:   East Meadow, NY
           September 11, 2007

_____
MITCHELL J. DEVACK (MD 8611)
LAW OFFICES OF
MITCHELL J. DEVACK, PLLC
90 Merrick Avenue, Suite 500
East Meadow, NY 11554
516-794-2800
Fax: 516-794-2900

Attorneys for Defendant
L. J. West Diamonds, Inc.