UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
BIRKS & MAYORS INC.

                Plaintiff,

  - against -

L.J.WEST DIAMONDS, INC.,

                Defendant.

------------------------------------------------------------------------X

Case No. 07-Civ 6688
Judge Karas

**CERTIFICATE OF SERVICE**

    The undersigned does hereby certify that a true and accurate copy of the foregoing ***Answer*** was served upon the following via first class mail on September 10, 2007:

        ROBERT A. O'HARE, JR.
        O'HARE PARNAGIAN LLP
        Attorneys for Plaintiff
        82 Wall Street, Suite 300
        New York, NY 10005

        LAW OFFICES OF
        MITCHELL J. DEVACK, PLLC

        By:_____s/ Mitchell J. Devack_____
          MITCHELL J. DEVACK (MD-8611)
        Attorneys for Defendant
        Office & P.O. Address
        90 Merrick Avenue, Suite 500
        East Meadow, NY  11554
        (516) 794-2800