ELECTRONICALLY FILED

12 (21 07)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**BIRKS & MAYORS INC.,**

**Plaintiff,**

-v-

Case No. 07-CV-06688(RJS)

ORDER
ECF

**L.J. WEST DIAMONDS, INC.,ET AL**
**Defendants.**

RICHARD J. SULLIVAN, District Judge:

The above entitled action is referred to Magistrate Judge Maas on for the following
purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*

_____

_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

 x   Settlement* -the parties request a conference at the end of April, 2008.

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____

All such motions: _____

---

* Do not check if already referred for general pretrial.
**SO ORDERED.**
DATED:   New York, New York
**Dec. 20, 2008**

RICHARD J. SULLIVAN
United States District Judge