# LAW OFFICES OF MITCHELL J. DEVACK, PLLC
### Attorneys at Law

MITCHELL J. DEVACK (N.Y. & FLA. BARS)

NICHOLAS P. OTIS
THOMAS YANEGA

OF COUNSEL
DIANE MEMMOLI

**MEMO ENDORSED**

The Financial Center At Mitchell Field
90 Merrick Ave - Suite 500
East Meadow, N.Y. 11554

(516) 794-2800
Fax (516) 794-2900

E-Mail Address:
MJD@DEVACKLAW.COM

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/30/08

January 28, 2008

**Via Fed Ex**
Hon. Robert J. Sullivan
United States District Court
500 Pearl Street - Room 615
New York, NY 10007

Re:   Birks & Mayors Inc. v. L.J. West Diamonds, Inc.
      Docket No. 07 Civ 6688 (RJS)

Dear Judge Sullivan:

We represent L.J. West Diamonds, Inc., defendant in the above captioned matter. We are in receipt of a letter from plaintiff's counsel, Robert A. O'Hare, Jr. dated January 23, 2008, requesting a pre-motion conference in connection with plaintiff's anticipated motion on the pleadings.

While Mr. O'Hare's letter is dated January 23, 2008 we did not receive same until today, January 28th, 2008.

Being mindful of your Honor's rule that responsive letters be submitted within three (3) days, we are respectfully requesting until this Thursday, January 31, 2008 to submit our responsive to Mr. O'Hare's letter. David Massey, Esq. of Mr. O'Hare's office has consented to our request. There have been no prior requests for an extension.

We thank the Court for its courtesy and cooperation.

Respectfully,

*[signature]*

NICHOLAS P. OTIS
(NO 2047)

NPO:mfr

cc: Robert A. O'Hare Jr., Esq.
    (via fax 212 425-1421)

F:\DATA\Maureen\MJD\LJ West\l-J Sullivan 01-28-08.wpd

SO ORDERED
Dated: 1/29/08

*[signature]*
RICHARD J. SULLIVAN
U.S.D.J.