UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BIRKS & MAYORS, INC.,

           Plaintiff,

-v-

L.J. WEST DIAMONDS, INC.,

           Defendant.

No. 07 Civ. 6688 (RJS)

SCHEDULING ORDER

RICHARD J. SULLIVAN, District Judge:

    After a pre-motion conference on February 6, 2008, wherein Plaintiff consented to Defendant's filing of an amended complaint, the Court hereby ORDERS that Defendant is to submit an amended answer by Friday, February 15, 2008.

SO ORDERED.

Dated:    February 6, 2008
           New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
FILED: 2/8/08