

**L.J West Diamonds, Inc.** 589 Fifth Avenue, Suite 1102, New York, NY 10017
T: (212) 997-0940    F: (212) 302-4328    W: www.ljwestdiamonds.com

# MEMORANDUM

Date: 01/15/2007
Memo #: 1383

**Consigned To:**
BIRKS AND MAYORS INC.                1107
1240 PHILLIPS SQ H3B 3H4
MONTREAL, Canada
CANADA
5143972511

**Ship To:**
BIRKS AND MAYORS INC.
1240 PHILLIPS SQ H3B 3H4
MONTREAL, QUE
CANADA
5143972511

THE GOODS DESCRIBED AND VALUED AS BELOW ARE DELIVERED TO YOU FOR EXAMINATION AND INSPECTION ONLY AND REMAIN OUR PROPERTY AND SHALL BE RETURNED TO US ON DEMAND AND IN ANY EVENT. SUCH MERCHANDISE, UNTIL RETURNED TO US AND ACTUALLY RECEIVED BY US, IS AT YOUR RISK FROM ALL HAZARDS, NO RIGHT OR POWER IS GIVEN TO YOU TO SELL, PLEDGE, HYPOTHECATE OR OTHERWISE DISPOSE OF THIS MERCHANDISE REGARDLESS OF PRIOR TRANSACTIONS. A SALE OF THIS MERCHANDISE CAN ONLY BE EFFECTED AND TITLE WILL PASS ONLY IF, AS AND WHEN WE THE SAID OWNERS SHALL AGREE TO SUCH SALE IN WRITING AND SHALL HAVE BILLED YOU FOR THE MERCHANDISE. ALL MONEYS RECEIVED BY YOU ON THE SALE OF THE MERCHANDISE SHALL BE HELD IN TRUST FOR US, UNTIL THE FULL AMOUNT INVOICED HAS BEEN PAID TO US. THE UNDERSIGNED PERSONALLY GUARANTEE THE BELOW OBLIGATIONS ON BEHALF OF THE COMPANY.

| CONTACT | SALESPERSON | CUST ORDER# | SHIP VIA | TRACKING# | REPORT BY |
|---|---|---|---|---|---|
| LAWRENCE HESS | | | | | |

| # | STOCK # | QTY. | WT. | DESCRIPTION | UNIT $ | TOTAL | RET | KEPT |
|---|---|---|---|---|---|---|---|---|
| 1 | 6021 | 0 | 0.00 | CUSH FPK VS1 | $195,000.00 | $0.00 | 8.88 | |
| 2 | R888 | 0 | | HAND MADE PLATNIUM RING WITH A CENTER 8.88CT CUSION GIA#11069169 , WITH 2 SIDE HM DIAMONDS 1.86CT E/SI1 | $10,000.00 | $0.00 | 1.00 | |
| | | 0 | | | Sub Total | $0.00 | | |
| | | | | | Charges | $0.00 | | |
| | | | | | **TOTAL** | **$0.00** | | |

Signature: _____

Thank you for your business!