UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
BIRKS & MAYORS INC.

     Plaintiff,

 - against -

L.J. WEST DIAMONDS, INC.,

     Defendant.

-------------------------------------------------------------------------X

Case No. 07-Civ 6688 (RJS)

**CERTIFICATE OF SERVICE**

  The undersigned does hereby certify that a true and accurate copy of the foregoing *Defendant's Amended Answer* was served upon the following via regular mail on February 11, 2008:

    ROBERT A. O'HARE, JR.
    O'HARE PARNAGIAN LLP
    Attorneys for Plaintiff
    82 Wall Street, Suite 300
    New York, NY 10005

LAW OFFICES OF MITCHELL J. DEVACK, PLLC

By: _____
  MITCHELL J. DEVACK (MD-8611)
  Attorneys for Defendant
  Office & P.O. Address
  90 Merrick Avenue, Suite 500
  East Meadow, NY 11554
  (516) 794-2800

F:\DATA\Maureen\MJD\LJ West\Cert. of Service (Fed. Ct.) - Am Answer.wpd