# O'HARE PARNAGIAN LLP

82 WALL STREET, SUITE 300
NEW YORK, NY 10005-3686
(212) 425-1401
FAX: (212) 425-1421
www.ohareparnagian.com

**MEMO ENDORSED**

CHRISTOPHER P. PARNAGIAN
ROBERT A. O'HARE JR.

April 8, 2008

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/10/08
```

By E-mail (eileen_levine@nysd.uscourts.gov)

Honorable Richard J. Sullivan
United States District Court
Southern District of New York
500 Pearl Street, Room 615
New York, NY 10007

Re:  *Birks & Mayors Inc. v. L.J. West Diamonds, Inc.*
     No. 07-cv-6688 (RJS)

Dear Judge Sullivan:

We are attorneys for plaintiff Birks & Mayors Inc. in the above-referenced action. We write on behalf of counsel for both parties to request a 60-day adjournment of the end date for fact discovery to June 19, 2008, and a similar 60-day adjournment for the end of all discovery to July 21, 2008.

Currently, fact discovery is set to end on April 20, 2008, and all discovery (including experts) is set to end on May 20, 2008. To date, the parties have responded to document requests, exchanged documents, and plaintiff has responded to defendant's interrogatories and requests to admit. Plaintiff has conducted a deposition of a defense witness and two of plaintiff's witnesses are to be deposed next week. Several other depositions remain to be scheduled as well as a third-party deposition in Bloomfield, Michigan.

Copies of the original Case Management Plan and Scheduling Order and a proposed Amended Case Management Plan and Scheduling Order are attached.

O'HARE PARNAGIAN LLP

Honorable Richard J. Sullivan
April 8, 2008
Page 2 of 2

This is the parties' <u>first</u> request for an adjournment.

Respectfully, on behalf of both parties,

*Robert A. O'Hare Jr.*

cc: Nicholas P. Otis, Esq. (via e-mail w/attachments)

> The parties' request to extend discovery for 60 days is <u>Denied</u>. The parties may renew their request but must include a detailed explanation as to why they have been unable to complete discovery in a timely fashion, and why an additional 60 days are necessary.
>
> SO ORDERED
> 4/9/08
> RICHARD J. SULLIVAN
> U.S.D.J.

X:\Client Files (A-F)\Birks & Mayors 0462.001\Correspondence\04 08.08 – Ltr – J. Sullivan.doc