# LAW OFFICES OF MITCHELL J. DEVACK, PLLC
Attorneys at Law

MITCHELL J. DEVACK (N Y & FLA BARS)

NICHOLAS P. OTIS
THOMAS YANEGA

OF COUNSEL
DIANE MEMMOLI

The Financial Center At Mitchell Field
90 Merrick Ave - Suite 500
East Meadow, N.Y. 11554

(516) 794-2800
Fax (516) 794-2900

E-Mail Address:
MJD@DEVACKLAW.COM

April 15, 2008

Via e-mail  eileen_levine@nysd.uscourts.gov



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
D: 4/16/08

Hon. Richard J. Sullivan
United States District Court
Southern District of New York
500 Pearl Street – Room 615
New York, NY 10007

    Re:    Birks & Mayors Inc. v. L.J. West Diamonds, Inc.
             No. 07-CV-6688(RJS)

Dear Judge Sullivan:

    The undersigned represent L.J. West Diamonds, Inc., defendant in the above referenced action. We write on behalf of counsel for both parties in response to your Honor's endorsed memo of April 9, 2008, denying the parties' joint application for a 60-day extension of the discovery period, but granting leave to renew with an explanation regarding the reason for the extension. Accordingly, we would respectfully request that the Court reconsider the parties' application, for the following reasons.

    By the end of fact discovery, Monday, April 21st, we will have completed four of the six party depositions contemplated by counsel at the outset of this matter. One of defendant's representatives was deposed on March 13, 2008. Counsel had scheduled dates for certain other party depositions, on March 21 and March 28, 2008, which, due to scheduling conflicts, were cancelled at the last minute. We then attempted to reschedule everyone within the time frame of the Case Management Plan and Scheduling Order, but were unable to do so because both plaintiff's and defendant's witnesses were attending a diamond industry trade show in Switzerland between April 3 and April 11, 2008. As mentioned above, three of the remaining party depositions will be completed by the scheduled end of fact discovery. Conflicts with other previously scheduled matters unfortunately preclude completion of the other two (2) party witnesses by the end of fact discovery.

LAW OFFICES OF MITCHELL J. DEVACK, PLLC

Page Two                                                       April 15, 2008

    Plaintiff's counsel has also served a deposition subpoena on a non-party witness located in Michigan. While that examination is noticed for April 18, 2008, the non party has not yet indicated whether he will appear on that date.

    In total, there remain three (3) depositions yet to be taken. Counsel's joint request for an extension of 60 days, rather than for a shorter period, is based on our belief that an extension of that length will be sufficient to cover every possible contingency, including securing the cooperation of the non-party witness in Michigan. Accordingly, we would respectfully request that an extension of the end date for fact discovery to June 19, 2008 and a similar 60 day extension for the conclusion of all discovery, to July 21, 2008.

    We thank the Court for its consideration.

                                          Respectfully submitted,
                                          on behalf of both parties

                                          MITCHELL J. DEVACK

MJD:mfr

cc: Robert A. O'Hare Jr. (via e-mail)

F:\DATA\Maureen\MJD\LJ West\I-J Sullivan 04-14-08.doc

---

*Handwritten order:*

The parties' request for a 60-day extension to the discovery schedule is GRANTED. The Post-Discovery Conference previously scheduled for June 19, 2008 is hereby adjourned to August 19, 2008 at 4:30 pm. Pre-Motion letters, if any, are to be submitted by August 4, 2008, with responses submitted by August 7, 2008. SO ORDERED.

Dated: 4/15/08

RICHARD J. SULLIVAN
U.S.D.J.