USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/17/08

# O'HARE PARNAGIAN LLP

82 WALL STREET, SUITE 300
NEW YORK, NY 10005-3686
(212) 425-1401
FAX: (212) 425-1421
www.ohareparnagian.com

CHRISTOPHER P. PARNAGIAN
ROBERT A. O'HARE JR.

**MEMO ENDORSED**

April 17, 2008

Via Facsimile 212-805-6724

Honorable Frank Maas
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  *Birks & Mayors Inc. v. L.J. West Diamonds, Inc.*, Index No.: 07-cv-6688

Dear Judge Maas:

We are attorneys for plaintiff Birks & Mayors Inc. in the above-referenced action. We write on behalf of each of the parties to request an adjournment of the settlement conference before Your Honor now scheduled for next Wednesday, April 23, 2008, at 2:30PM.

Yesterday, Judge Sullivan granted the parties' request for an extension of the discovery deadline to June 20, 2008 (endorsed memo attached). Accordingly, the parties request an adjournment of the settlement conference until after the end of fact discovery so as to make the settlement conference more productive. The week of June 23 is convenient to counsel and the parties.

Respectfully,

Robert A. O'Hare Jr.

Attachment
Cc: Nick Otis, Esq. (via e-mail)

---

*Handwritten endorsement:* The conference is adjourned to 6/26/08 at 2 pm. Counsel are reminded of the need to comply with my settlement procedures in advance of the conference. /s/ Maas, USMJ, 4/17/08