UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BIRKS & MAYORS INC.,

                Plaintiff,

-V-

L.J. WEST DIAMONDS, INC.,

                Defendant.

No. 07 Civ. 6688 (RJS) (FM)
REFERRAL ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/17/08

RICHARD J. SULLIVAN, District Judge:

    The above-entitled action is referred to the Honorable Frank Maas, Magistrate Judge, for the following purpose(s):

_X_   General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___   Specific Non-Dispositive Motion/Dispute:*

___   Settlement*

___   Inquest After Default/Damages Hearing

___   Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___   Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

___   Social Security

___   Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion: _____
All such motions: _____

* Do not check if already referred for general pretrial.

SO ORDERED.

Dated:     New York, New York
           July 14, 2008

                                      RICHARD J. SULLIVAN
                                      UNITED STATES DISTRICT JUDGE