UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/14/08

BIRKS & MAYORS INC.,

                        **Plaintiff,**

-v-

L.J. WEST DIAMONDS, INC., ET AL
                        **Defendants.**

Case No. 07-CV-06688(RJS)

ORDER
ECF

RICHARD J. SULLIVAN, District Judge:

      IT IS HEREBY ORDERED, that the pre motion conference previously scheduled by this Court for August 19, 2008 at 4:30pm is hereby adjourned to August 26, 2008 at 10am.

                                            SO ORDERED.

                                            RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE

DATED:
New York, New York Aug 13, 2008