Robert A. O'Hare Jr. (RO 6644)
James Trainor (JT 3723)
O'HARE PARNAGIAN LLP
82 Wall Street, Suite 300
New York, NY 10005
(212) 425-1401
(212) 425-1421 (f)

*Attorneys for Plaintiff Birks & Mayors Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| BIRKS & MAYORS INC., | : |
| Plaintiff, | : No. 07 CV 6688 (RJS) |
| | : ECF Case |
| - against - | : |
| | : **NOTICE OF APPEARANCE** |
| L.J. WEST DIAMONDS, INC., | : |
| Defendant. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**PLEASE TAKE NOTICE** that James Trainor of the firm O'Hare Parnagian LLP hereby appears in this action on behalf of Plaintiff Birks & Mayors Inc. and demands that all papers and correspondence in this action be served upon him.

Dated:  New York, New York
        August 26, 2008

                                       O'HARE PARNAGIAN LLP

                                       _s/ James Trainor_____
                                       Robert A. O'Hare, Jr. (RO 6644)
                                       James Trainor (JT 3723)
                                       82 Wall Street, Suite 300
                                       New York, NY 10005-3686
                                       (212) 425-1401
                                       (212) 425-1421 (f)

                                       *Attorneys for Plaintiff Birks & Mayors Inc.*