UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BIRKS & MAYORS, INC.,

                Plaintiff,

  -v-

L.J. WEST DIAMONDS, INC.,

                Defendant.



No. 07 Civ. 6688 (RJS)

SCHEDULING ORDER

RICHARD J. SULLIVAN, District Judge:

    Pursuant to a pre-motion conference held before the Court on August 26, 2008, the Court hereby ORDERS that the parties are to submit a joint letter to the Court no later than September 9, 2008, indicating if they wish to hold a settlement conference and, if so, what dates are available for such a conference. If, in the alternative, the parties wish to file summary judgment motions, they are hereby directed to propose a briefing schedule for such motions.

SO ORDERED.

Dated:    August 26, 2008
            New York, New York

                                      RICHARD J. SULLIVAN
                                      UNITED STATES DISTRICT JUDGE